1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11                 EASTERN DISTRICT OF CALIFORNIA
12
13   Ellen Ruth Bratton,                     1:07-cv-00975-AWI-SMS- (HC)

14                    Petitioner,
                                             **ORDER AUTHORIZING**
15   v.                                      **IN FORMA PAUPERIS STATUS**

16   Federal Courts,

17                    Respondent.
                                       /
18   ────────────────────────────────────

19        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21   proceed *in forma pauperis*.  The petition will be screened in due course.

22
23
24   IT IS SO ORDERED.

25   **Dated:    July 19, 2007**              _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
26
27
28