UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN RUTH BRATTON, ) | 1:07-cv-00975-AWI-SMS-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATION** (Doc. 5) |
| v. ) | |
| ) | **ORDER DISMISSING PETITION** |
| FEDERAL COURTS, ) | **FOR WRIT OF HABEAS CORPUS** |
| ) | |
| Respondent. ) | **ORDER TERMINATING ENTIRE** |
| ) | **ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On July 26, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED, without prejudice, and this action be terminated in its entirety.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within fifteen (15) days from the date of service of that order. On August 8, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636

1

1 (b)(1)(C), this Court has conducted a *de novo* review of the case.
2 Having carefully reviewed the entire file, including Petitioner's
3 objections, the Court concludes that the Magistrate Judge's
4 Findings and Recommendation are supported by the record and proper
5 analysis.  Petitioner's objections present no grounds for
6 questioning the Magistrate Judge's analysis.  While Petitioner
7 appears to have filed petitions in the state court requesting an
8 emergency modification to her sentence, Petitioner has not
9 exhausted the issue in this action -- the failure to properly give
10 Plaintiff time credits.
11      Accordingly, IT IS HEREBY ORDERED that:
12      1.   The Findings and Recommendation, filed July 26, 2007, is
13 ADOPTED IN FULL;
14      2.   The instant Petition for Writ of Habeas Corpus is
15 DISMISSED, without prejudice; and
16      3.   This action is DISMISSED in its entirety.

18 **IT IS SO ORDERED.**
19 **Dated:   September 20, 2007**             /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE